IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARK OTIS BOATWRIGHT,

                Petitioner

      VS.

ANTHONY WASHINGTON,

            Respondent

**NO. 5:07-CV-338 (CAR)**

**PROCEEDINGS UNDER 28 U.S.C. § 2254
BEFORE THE U.S. MAGISTRATE JUDGE**

## O R D E R

Before the court are two motions filed by petitioner MARK OTIS BOATWRIGHT in the above-captioned habeas corpus proceeding. The first motion is entitled "Motion in Opposition to the Respondent Brief in Support of Answer-Response for Failure to Comply to Rule No. 5." Tab #21. This Motion in Opposition does not appear to be a motion at all insomuch as its purpose does not appear to be to request any specific relief. Rather, it appears to be a response to the respondent's answer (Tab #18). Accordingly, petitioner Boatwright's Motion in Opposition is **DENIED.**

Petitioner Boatwright's second motion requests default judgment. Tab #22. However, a review of the file reveals that a timely response has been filed; there is no basis for granting a default judgment. In any event, judgments by default are not contemplated in habeas corpus cases. Accordingly, this motion is also **DENIED**.

SO ORDERED AND DIRECTED, this 12th day of DECEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE