IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK OTIS BOATWRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:07-CV-338(MTT) |
| ANTHONY WASHINGTON, Warden, | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 45) of United States Magistrate Judge Claude W. Hicks, Jr. The Plaintiff has filed what amount to several Petitions for Habeas Corpus (Docs. 1, 8 and 15) (the "Petitions"). The Magistrate Judge, having reviewed the Petitions pursuant to 28 U.S.C. § 636 and 28 U.S.C. § 2254, recommends denying the Petitions for Habeas Corpus. The Plaintiff was notified and was given 14 days to respond, but the Plaintiff filed no response. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Petitions (Docs. 1, 8 and 15) are **DENIED**.

**SO ORDERED**, this the 30th day of September, 2010.

                                                        S/ Marc T. Treadwell
                                                        MARC T. TREADWELL, JUDGE
                                                        UNITED STATES DISTRICT COURT

jch