# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARK OTIS BOATWRIGHT, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:07-CV-338(MTT) |
| ANTHONY WASHINGTON, Warden, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on the Petitioner's motion for leave to appeal in forma pauperis (Doc. 51). The Magistrate Judge assigned to this case initially granted the Petitioner's motion to proceed in forma pauperis in the district-court action (Doc. 5). However, this Court, by Order dated September 30, 2010 (Doc. 48), adopted the Magistrate Judge's Recommendation (Doc. 45) and denied the Petitioner's petitions for habeas corpus. The Petitioner now seeks to appeal the Order denying those petitions.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." For the reasons set forth in the Court's Order denying the petitions, in the Court's best judgment, an appeal from that Order cannot be taken in good faith. Accordingly, the Petitioner's motion for leave to appeal in forma pauperis (Doc. 51) is **DENIED**.

**SO ORDERED,** this 30th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT